UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RICKEY TRENT SMITH,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CALIF. DEPT. OF CORRECTIONS AND REHABILITATION,<br><br>　　　　Defendant. | No. ED CV 15-00666-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has not filed any written objections to the report.

　　　IT IS HEREBY ORDERED that:

　　　1.　　The Report and Recommendation is approved and accepted.

　　　2.　　Judgment shall be entered dismissing this case without prejudice.

Dated: 10/20/15

　　　　　　　　　　　　　　　　　　／s／ John A. Kronstadt
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　United States District Judge