JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RICKEY TRENT SMITH,<br><br>           Plaintiff,<br><br>      v.<br><br>CALIF. DEPT. OF CORRECTIONS AND REHABILITATION,<br><br>           Defendant. | No. ED CV 15-00666-JAK (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 10/20/15

_____
JOHN A. KRONSTADT
United States District Judge